Page 2

PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF    *3:22-CV-1301*
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District *MIDDLE* |
|---|---|

| Name (under which you were convicted): *Jordon Brown* | Docket or Case No.: *CP-31-CR-577-2015* |
|---|---|
| Place of Confinement: *SCI BENNER TOWNSHIP* | Prisoner No.: *M4-2046* |

| Petitioner (include the name under which you were convicted) *Jordon Brown* | v. | Respondent (authorized person having custody of petitioner) *MORRIS HOUSER* |
|---|---|---|

The Attorney General of the State of *PENNSYLVANIA*

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: *Court of Common Pleas of Huntingdon County Pennsylvania*

   (b) Criminal docket or case number (if you know): *CP-31-CR-577-2015*

2. (a) Date of the judgment of conviction (if you know): *September 2, 2016*
   (b) Date of sentencing: *December 1, 2016*

3. Length of sentence: *18-36 years*

4. In this case, were you convicted on more than one count or of more than one crime?    Yes ☑    No ☐

5. Identify all crimes of which you were convicted and sentenced in this case: *Criminal Attempt to Commit Manslaughter of a Law Enforcement Officer, 2 Counts of Aggravated Assault and Arson*

6. (a) What was your plea? (Check one)

   (1)    Not guilty ☐        (3)    Nolo contendere (no contest) ☐

   (2)    Guilty ☑            (4)    Insanity plea ☐

**FILED
SCRANTON**

AUG 19 2022

PER _____

**DEPUTY CLERK**

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? _Plead guilty to Criminal Attempt to Commit Manslaughter of a Law Enforcement Officer, 2 Counts of Aggravated Assault and Arson. ~~[struck through]~~ Other charges were withdrawn_

(c) If you went to trial, what kind of trial did you have? (Check one)

    Jury ☐      Judge only ☐

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

    Yes ☑ No ☐

8. Did you appeal from the judgment of conviction?

    Yes ☑ No ☐

9. If you did appeal, answer the following:

(a) Name of court: _Superior Court of Pennsylvania_

(b) Docket or case number (if you know): _719 MDA 2017_

(c) Result: _Denied_

(d) Date of result (if you know): _November 30, 2017_

(e) Citation to the case (if you know):

(f) Grounds raised: _Challenged Sentence_

(g) Did you seek further review by a higher state court?    Yes ☑ No ☐

If yes, answer the following:

(1) Name of court: _Supreme Court_

(2) Docket or case number (if you know): _368 MAL 2018_

(3) Result: _Denied_

(4) Date of result (if you know): _October 11, 2018_

(5) Citation to the case (if you know):

(6) Grounds raised: _Challenged Sentence_

Page 4

(h) Did you file a petition for certiorari in the United States Supreme Court?    Yes ☐  No ☑

If yes, answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

_____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions

concerning this judgment of conviction in any state court?

Yes ☑  No ☐

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: _Court of Common Pleas of Huntingdon County Pennsylvania_

(2) Docket or case number (if you know): _CP-31-CR-577-2015_

(3) Date of filing (if you know): _October 9, 2019_

(4) Nature of the proceeding: _Post Conviction Relief Act ("PCRA")_

(5) Grounds raised: _Counsel was ineffective because Petitioner's_
_plea was involuntary and not intelligently knowing, and_
_Petitioner's sentence was erroneous because the court used_
_the wrong prior record score._

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

Yes ☑  No ☐

(7) Result: _Denied_

(8) Date of result (if you know): _January 22, 2021_

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____
_____
_____
_____
_____
_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

Yes ☐ No ☐

(7) Result: _____

(8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____
_____
_____
_____
_____
_____
_____
_____
_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

Yes ☐ No ☐

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:     Yes ☐ No ☑

(2) Second petition:     Yes ☐ No ☐

(3) Third petition:     Yes ☐ No ☐

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not: _Review by the State Supreme Court is ~~already~~ discretionary and unneccesary for exhaustion._

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

   <u>CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.</u>

**GROUND ONE:** _See Attachment_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _Petitioner was sentenced under a improper prior record score. Counsel failed to object when this occured. The state court determined that Petitioner was not prejudiced by counsel's inaction._

   _SEE Attachment_

(b) If you did not exhaust your state remedies on Ground One, explain why: _____

(c) **Direct Appeal of Ground One:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?

   Yes ☑   No ☐

   (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _This was a collateral appeal issue._

(d) **Post-Conviction Proceedings:**

   (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

   Yes ☑   No ☐

   (2) If your answer to Question (d)(1) is "Yes," state:

   Type of motion or petition: _PCRA_

   Name and location of the court where the motion or petition was filed: _Court of Common Pleas of Huntingdon County Pennsylvania_

   Docket or case number (if you know): _CP-31-CR-577-2015_

   Date of the court's decision: _January 22, 2021_

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?

Yes ☑ No ☐

(4) Did you appeal from the denial of your motion or petition?

Yes ☐ No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☑ No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _Superior Court of Pennsylvania_

_____

Docket or case number (if you know): _242 MDA 2021_

Date of the court's decision: _May 26, 2022_

Result (attach a copy of the court's opinion or order, if available): _Denied_

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: _____

_____

_____

**GROUND TWO:** _See Attachment_

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _Petitioner's_ _plea was unknowing because he pled guilty to a non viable_ _offense. Plea counsel failed to object when this occurred._

_____

_SEE ATTACHMENT_

_____

_____

(b) If you did not exhaust your state remedies on Ground Two, explain why: _____

_____

_____

_____

(c) **Direct Appeal of Ground Two:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☑  No ☐

    (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

_____

_____

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

        Yes ☑  No ☐

    (2) If your answer to Question (d)(1) is "Yes," state:

    Type of motion or petition: PCRA

    Name and location of the court where the motion or petition was filed: Court of Common Pleas of Huntingdon County Pennsylvania

    Docket or case number (if you know): CP-31-CR-577-2015

    Date of the court's decision: January 22, 2021

    Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

    (3) Did you receive a hearing on your motion or petition?

        Yes ☑  No ☐

    (4) Did you appeal from the denial of your motion or petition?

        Yes ☑  No ☐

    (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

        Yes ☑  No ☐

    (6) If your answer to Question (d)(4) is "Yes," state:

    Name and location of the court where the appeal was filed: Superior Court of Pennsylvania

    Docket or case number (if you know): 242 MDA 2021

    Date of the court's decision: May 26, 2022

    Result (attach a copy of the court's opinion or order, if available): Denied

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: _____

_____

_____

_____

**GROUND THREE:** See Attatchment _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): PCNA Counsel failed to argue guilty plea council's ineffectiveness for failing raise on direct review Petitioner's pre-sentence request to withdraw his plea. Petitioner attempted to withdraw his plea, the court denied his request but the issue was not raised.

SEE ATTACHMENT

(b) If you did not exhaust your state remedies on Ground Three, explain why: PCNA counsel failed to raise this claim.

_____

_____

(c) **Direct Appeal of Ground Three:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?
       Yes ☐  No ☑

   (2) If you did not raise this issue in your direct appeal, explain why: Plea Counsel failed to raise this claim.

(d) **Post-Conviction Proceedings:**

   (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
       Yes ☐  No ☑

   (2) If your answer to Question (d)(1) is "Yes," state:

   Type of motion or petition: _____

   Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?

   Yes ☐  No ☐

(4) Did you appeal from the denial of your motion or petition?

   Yes ☐  No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

   Yes ☐  No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

Ples and PCRA counsel failed to raise this claim

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: _____

_____

_____

**GROUND FOUR:** See Attachment

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): PCRA Counsel failed to argue that Petitioner's ples was unlawful since the terms of the contract were violated.

SEE ATTACHMENT

(b) If you did not exhaust your state remedies on Ground Four, explain why: _PLEA counsel feiled to object and PCRA counsel feiled to raise this claim._

(c) **Direct Appeal of Ground Four:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐ No ☑

    (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _PCRA counsel feiled to rcise this claim._

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

        Yes ☐ No ☑

    (2) If your answer to Question (d)(1) is "Yes," state:

    Type of motion or petition: _____

    Name and location of the court where the motion or petition was filed: _____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

    (3) Did you receive a hearing on your motion or petition?

        Yes ☐ No ☐

    (4) Did you appeal from the denial of your motion or petition?

        Yes ☐ No ☐

    (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

        Yes ☐ No ☐

    (6) If your answer to Question (d)(4) is "Yes," state:

    Name and location of the court where the appeal was filed: _____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

_____
_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

PCRA counsel failed to raise this claim.
_____
_____
_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: _____
_____
_____
_____
_____

13. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?      Yes ☐  No ☑

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: Grounds three (3) and (4). PCRA counsel and Plea counsel failed to raise these claims.
_____
_____

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for presenting them: Grounds three (3) and four (4) have not been presented in the state court, Plea and PCRA counsel failed to raise these claims.
_____

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?      Yes ☐  No ☑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. _____
_____
_____
_____
_____
_____

15. Do you have any petition or appeal <u>now pending</u> (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?     Yes ☐     No ☑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

_____

_____

_____

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: _____

_____

(b) At arraignment and plea: _____

_____

(c) At trial: _____

_____

(d) At sentencing: _____

_____

(e) On appeal: _____

_____

(f) In any post-conviction proceeding: _____

(g) On appeal from any ruling against you in a post-conviction proceeding: _____

_____

_____

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?          Yes ☐ No ☑

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____

_____

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?     Yes ☐ No ☐

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

    (1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of —
        (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;
        (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;
        (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
        (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.
    (2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: _Allow him to withdraw his plea,_ _a new sentencing proceeding, an evidentary hearing on claims_ _____

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _____ _August, 13 2022_ _____ (month, date, year).

Executed (signed) on _8-13-2022_ (date).

_____
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition. _____
_____
_____

* * * * *



Legal mail

US POSTAGE $009.25⁰
ZIP 16823
02 4W
0000376203 AUG 15 2022

INMATE MAIL
PA DEPT OF
CORRECTIONS

RECEIVED
SCRANTON

AUG 19 2022

PER _____ DEPUTY CLERK

Clerk of Courts
United States District Court
Middle District of Pennsylvania
P.O. Box 1148
Scranton, PA 18501-1148

PRIORITY
★ MAIL ★

TRACKED
★ ★ ★
INSURED

UNITED STATES
POSTAL SERVICE ®

For Domestic Use Only

Label 107R, July 2013

Jordon Brown MU 2046
SCI Benner
301 Institution Rd
Bellefonte, PA 16823

USMS X-RAY