IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JORDON BROWN, | Civil No. 3:22-cv-1301 |
| Petitioner | (Judge Mariani) |
| v. | |
| MORRIS HOUSER, *et al.*, | |
| Respondents | |

## ORDER

**AND NOW**, this 28th day of March, 2024, upon consideration of the petition for writ of habeas corpus (Doc. 1) pursuant to 28 U.S.C. § 2254, and in accordance with the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DENIED**.

2. The Clerk of Court is directed to **CLOSE** this case.

3. There is no basis for the issuance of a certificate of appealability. *See* 28 U.S.C. § 2253(c).

Robert D. Mariani
United States District Judge